

# NUMBER 13-21-00336-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

DAVID EUGENE WHITE,                                                      Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.

**On appeal from the 453rd District Court
of Hays County, Texas.**

# MEMORANDUM OPINION

**Before Justices Benavides, Tijerina, and Peña
Memorandum Opinion by Justice Benavides**

Appellant David Eugene White perfected his appeal from his conviction for his third

or more driving while intoxicated offense in cause number CR-20-0864-E in the 453rd

District Court of Hays County, Texas.[1] *See* TEX. PENAL CODE ANN. §§ 49.04(b),

---

[1] This appeal was transferred to this Court from the Third Court of Appeals in Austin by order of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 73.001 (granting the supreme court the authority to transfer cases from one court of appeals to another at any time that there is "good cause" for the transfer).

49.09(b)(2).

During the pendency of this appeal, a motion to permanently abate the appeal was filed on behalf of White. Attached to the motion is a public information disclosure sheet relating that White passed away on June 21, 2022. *See* TEX. GOV'T CODE ANN. § 552.029(8). "If the appellant in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the appeal will be permanently abated." TEX. R. APP. P. 7.1(a)(2); *see Garcia v. State*, 840 S.W.2d 957, 958 (Tex. Crim. App. 1992) (per curiam) ("The death of an appellant during the pendency of an appeal deprives . . . the court of appeals of jurisdiction."). Accordingly, we hereby grant the motion filed on behalf of White and order this appeal permanently ABATED.

GINA M. BENAVIDES
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
26th day of January, 2023.